File Hashes for IP Address 108.28.105.30

ISP: Verizon FiOS
Physical Location: Centreville, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/23/2014 00:35:57 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 06/13/2014 13:30:39 | D19B84CF28E5FDC88EA65DBD6DF27507B5BD5392 | Mad Passion |
| 06/13/2014 13:21:30 | E3D38CC7D2559B8AF854863273AEE7CEF02CFD2D | Introducing Kaylee |
| 06/13/2014 12:59:50 | F7BF16F3D42AF18027F57DD359DDB1269B601C0D | Teenage Dream |
| 06/13/2014 12:54:13 | 138232D3F9D777F6011F2989113C8107CE1B77DB | Close to the Edge |
| 06/13/2014 12:37:33 | EA9FA5106CFE7867FF61599D56FDEB6CD8E02765 | Underwater Lover |
| 06/13/2014 12:27:27 | E04B48C9F62A601523C8AF0D7A6C8D1492663DB6 | Apartment in Madrid |
| 06/13/2014 12:25:04 | D156D212A994943F094077CCD4768E7CA8E39461 | Going Strong |
| 06/13/2014 12:18:22 | 0D58932E6D94584369F96A44312102A094D67BB1 | Waterfall Emotions |
| 06/13/2014 12:17:34 | D46C72FD478307182F7A4A99FA6FEA9C1F697F3C | So Close Together |
| 06/13/2014 12:12:57 | 4779E1C31FE3103B9A53A979781B95A916DD4B31 | Together at Last |
| 06/13/2014 12:10:46 | C8D462309A645291B33E51361C132BC236EBF7D0 | I Love X Art |
| 06/13/2014 11:59:56 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 06/13/2014 11:38:33 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 06/13/2014 11:20:24 | 06304244D3F23A4E1C531BD9D35D8DAEC004C96D | Just Jennifer |
| 06/05/2014 18:41:58 | 1FFE03AC034F3F97F3B9D0B3B7F59580A38C0E05 | Secret Weapon |
| 06/05/2014 18:34:00 | 151F3ADFFCCDBB8DBE76C4906C330C01AA3880CD | Elle Hearts Girls |
| 06/05/2014 18:30:28 | 1C4861283F3D58BC3B3A68FF55597199291CED62 | Simply Stunning |
| 06/05/2014 17:30:32 | 65384CCE454827A6B4DD0E05E2EEBB865F2D1790 | Falling For You |
| 06/05/2014 16:30:17 | C16CEAC38E0C09CC468B3FBA9ADAAA34B76D6FE4 | Oh Mia |
| 06/05/2014 15:51:34 | E2EBC1501B50006E8400C05EE08ED7D58FA314D0 | Back to Bed |
| 06/05/2014 14:24:32 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |

EXHIBIT A

EVA34

Case 1:14-cv-00932-AJT-IDD   Document 1-1   Filed 07/24/14   Page 2 of 4 PageID# 10

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/30/2014 18:14:02 | 721E3E4915C44391A119F48E8356AF18EAA0E26B | White Hot |
| 05/30/2014 18:13:14 | 353154B495A0AF1D8DF6E6F78E7D8C4F79E0B6E4 | Coucher Avec une Autre Fille |
| 05/30/2014 17:13:30 | 8E082AB4A0CF22E8EEB3AB65CA8B2F9A8EEDB385 | Rolling in the Sheets |
| 05/30/2014 16:55:28 | EEB7AA13A549331DA945B33D9D43D4CE996135CB | This Side of Paradise |
| 05/30/2014 16:50:18 | F70479C8FC5889E0063B7A7286834A97F85CFD9F | Russian Invasion |
| 05/30/2014 16:34:58 | 8CE645CB1D0F5009C20CE230F0B98842A9E7DA35 | Sent from Heaven |
| 05/30/2014 16:07:23 | 2D173E16562334BCE35B057871061F6C290DC40B | Inspiration |
| 05/30/2014 16:01:10 | C3E632C7B800B434E89B6F65CFDE55C149B197AE | Being Me |
| 05/30/2014 15:59:20 | FCCE3D0D4F08A6DC3318A97192C4E6D2D95EE6BD | Casual Affair |
| 05/16/2014 17:32:34 | 589AD053DD01E07554E826E60FD5B920F343DD83 | Girls Love Pink and Diamonds |
| 05/16/2014 16:01:00 | CF98F4C61E90F4587CE605A28D3B4FB0B8185E3D | Date Night at Home |
| 05/16/2014 15:31:57 | 7059913201E53FE9A958C8CB08D751879D9929ED | Love with a View |
| 05/16/2014 15:10:37 | DB431654054EE83746054B4392D70E71DD00E761 | Hot Brunettes |
| 05/16/2014 14:37:03 | 5367E0598CBC2F58064EE0FC4DB641D2A00947F9 | The Journey |
| 05/16/2014 14:14:55 | EA99AC7173DF533451FF49AFCE1632E534DFDDE4 | In Love with a Girl |
| 05/16/2014 14:10:07 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | First and Forever |
| 05/16/2014 14:04:36 | 2257FF2254AA8CF703EDAF618177D76A70F02B5C | Digital Love |
| 05/16/2014 14:04:15 | 585115E91F21C66775F5A0D987A50899AE74F5D7 | Unveiling Part #1 |
| 05/16/2014 14:01:21 | 85A13DA4129CE276655445488BE9140D3463AA93 | Party Boat |
| 05/16/2014 13:33:23 | 2C9DD9A71A1EA688B8A91642C6354990D437220D | The Best Blondes |
| 05/16/2014 13:27:22 | A1EEE32071AB6516C0B31A75DA6414DB4B464ADE | Let Me Take Your Picture |
| 05/16/2014 13:05:20 | 2D8AC5E045957E28DA5BFDB4C46DD9D1E0FC2E01 | In Charge |
| 05/09/2014 12:56:27 | 4FF872F305E92C9DCB11E886334FB75207E604C0 | Body Language |
| 05/09/2014 11:45:09 | 3FB20271579C537E0B4468851F7FDD8A2D078CA7 | Au Paradis |
| 05/02/2014 16:39:06 | DBE78DF39456A3686D06181861F95B8392707AD5 | At Home With Tiffany |

EXHIBIT A

EVA34

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/02/2014 16:38:46 | A71F53AF49426369741F89B3CFEB8A692E301CF1 | No Turning Back Part #2 |
| 05/02/2014 16:25:44 | 4C8FB3CEF10089626BB2960266674052E174EC2F | Photo Finish |
| 05/02/2014 16:16:56 | 50930D439A05CE372CB069D7FBD367826D374E6C | They Only Look Innocent |
| 05/02/2014 16:10:31 | 7F54C1C11CCF377FC2CD5059E935A0AEA68B4D4C | My Days in Rome |
| 05/02/2014 16:03:40 | 334A55A9AF9FD2681472B1889BC27F27621204AF | Trophy Wife |
| 05/02/2014 16:03:27 | 4FAE03001E7F4011887D741FD6F861F73746FFE4 | All About Anna |
| 05/02/2014 15:59:40 | 1104D5D25009B560A8B01553A13AB0707A95D407 | Deep Blue Passion |
| 05/02/2014 15:51:51 | B5F7917A01002453F13815D60A7C484BA2414F60 | Insanely Gorgeous |
| 05/02/2014 15:39:11 | 65E7F4F0559191FC09B4D95A91E54F6ED6004005 | All Oiled Up |
| 04/25/2014 11:35:05 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 04/16/2014 15:21:50 | 698ED5C9030CE6DA023F98996DEDF2878449858F | Pink Perfection |
| 04/16/2014 15:12:45 | FF723980C2C688152735FDFE6F2809456FE41C80 | Sweet Surrender |
| 04/16/2014 14:57:32 | 40D6652804A7559C52E05B055EAABE34C418AC5A | Not Alone |
| 04/11/2014 11:34:51 | 23E25904FFA921E91DD38E0D0EF7B1EB1A77F7E1 | Lonesome Without You |
| 04/11/2014 11:30:06 | A5123B790D8135E347F892538A87232A61BB0F8F | Floating Emotions |
| 04/04/2014 13:32:52 | 7A67A7A8F28685F75BEEE86DEECECB6613229319 | I Want to Tell You |
| 04/04/2014 13:02:20 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 04/04/2014 12:56:23 | 854AA24D716320AD57F814654B7BE639928F073E | Wake Me Up |
| 03/28/2014 13:16:01 | F7A09D9219FCBA6BDE3B6C4D30F98728907BAF5E | Morning Meditation |
| 03/07/2014 13:43:30 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 03/07/2014 13:34:50 | 5D3C8E5607BFCC75CB53F5B3695E64383C89B288 | The Young and the Restless |
| 02/28/2014 15:20:32 | D6916EB46F36C54FF53A9E312D27C4D60C6B03F2 | Introducing Mila |
| 02/28/2014 15:14:03 | D8A22D570AD96D7C149736AC485D82F91066EECF | I Am In the Mood |
| 01/17/2014 13:10:50 | 999AB8996B35673D65C5C7BCBB92247155EABCB3 | A Christmas Story |
| 01/17/2014 12:50:26 | 9EE150744A4575CFB4C832CE3C22240B70F3746B | Playing Dress Up |

EXHIBIT A

EVA34

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/10/2014 17:06:57 | 57C96F715FF873727F249D5D9124A9883FEC287D | The Way I Feel |
| 12/20/2013 13:46:19 | 24C96BAA4F7BD1A7EE94428E7BC918FEC48A2F43 | Love at First Sight |
| 12/20/2013 13:24:03 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 12/13/2013 12:55:23 | EBCCB75A9E2A8ED79E1BA39144E7D4299EC14EDB | Lying Around |
| 12/04/2013 14:09:42 | 6D47AFDF6315B4C12AB29E38D3BFD6AB1287CF55 | So Right Its Wrong |
| 12/04/2013 14:04:24 | 0ABD96E0353DFDDF8774E1750497C88940F9115C | Arrest Me |
| 12/04/2013 13:56:54 | 738503520F4E2C8E64ED2C125E4D947E72C66777 | Many Shades of Grey |
| 11/22/2013 13:40:25 | 807E4AD301B7DA71F164CAD86A9A685D542C4EC5 | LA Plans |
| 11/08/2013 13:19:32 | 4961537DF19F367E98D4160494F381A36D6A0AA6 | The Sleepover |
| 11/08/2013 13:01:27 | B5D97F396AC81292E727834CA3AE22F5D1C3DF02 | Girls Who Like Girls |
| 11/08/2013 12:56:21 | 64213CF5F444567056BC1D0E669EC60A5AACDAE4 | Newlyweds |
| 11/08/2013 12:48:02 | 924E9C9EE0CC65621B6E75A8C853703605FDAF49 | All Tied Up |

Total Statutory Claims Against Defendant: 84