Copyrights-In-Suit for IP Address 108.28.105.30

**ISP:** Verizon FiOS
**Location:** Centreville, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 01/17/2014 |
| All About Anna | PA0001886195 | 03/25/2014 | 04/02/2014 | 05/02/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 05/02/2014 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 11/08/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 06/13/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 12/04/2013 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 05/02/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 05/09/2014 |
| Back to Bed | PA0001847656 | 06/08/2013 | 06/18/2013 | 06/05/2014 |
| Being Me | PA0001802560 | 08/15/2012 | 08/21/2012 | 05/30/2014 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 05/09/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 06/13/2014 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 05/30/2014 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 06/13/2014 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 05/30/2014 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 05/16/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 05/02/2014 |
| Digital Love | PA0001863055 | 09/16/2013 | 09/20/2013 | 05/16/2014 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 06/05/2014 |
| Falling For You | PA0001846097 | 05/14/2013 | 06/16/2013 | 06/05/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 05/16/2014 |

EXHIBIT B

EVA34

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/11/2014 |
| From Three to Four Part 2 | PENDING | 06/01/2014 | 06/05/2014 | 06/05/2014 |
| Girls Love Pink and Diamonds | PA0001862290 | 09/05/2013 | 09/08/2013 | 05/16/2014 |
| Girls Who Like Girls | PA0001852676 | 06/20/2013 | 06/27/2013 | 11/08/2013 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 06/13/2014 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 05/16/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/28/2014 |
| I Can Not Wait | PA0001877473 | 01/27/2014 | 01/31/2014 | 06/13/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 06/13/2014 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 04/04/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 05/16/2014 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 05/16/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 05/02/2014 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 05/30/2014 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 06/13/2014 |
| Introducing Mila | PA0001859652 | 07/23/2013 | 08/01/2013 | 02/28/2014 |
| Just Jennifer | PENDING | 06/09/2014 | 06/09/2014 | 06/13/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/22/2013 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 05/16/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/11/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 12/20/2013 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 05/16/2014 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 12/13/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 06/13/2014 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 12/04/2013 |

EXHIBIT B

EVA34

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/20/2013 |
| Morning Meditation | PA0001882650 | 02/27/2014 | 03/06/2014 | 03/28/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 05/02/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 11/08/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 05/02/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/16/2014 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 06/05/2014 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 05/16/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 05/02/2014 |
| Pink Perfection | PA0001887098 | 04/07/2014 | 04/07/2014 | 04/16/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/17/2014 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 04/25/2014 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 05/30/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 04/04/2014 |
| Russian Invasion | PA0001808629 | 09/26/2012 | 09/28/2012 | 05/30/2014 |
| Secret Weapon | PA0001846098 | 05/12/2013 | 06/11/2013 | 06/05/2014 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 05/30/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/07/2014 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 06/05/2014 |
| So Close Together | PA0001860976 | 08/09/2013 | 09/08/2013 | 06/13/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/04/2013 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 04/16/2014 |
| Teenage Dream | PA0001791491 | 05/29/2012 | 06/01/2012 | 06/13/2014 |
| The Best Blondes | PA0001865816 | 10/09/2013 | 10/11/2013 | 05/16/2014 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 05/16/2014 |

EXHIBIT B

EVA34

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 11/08/2013 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/10/2014 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 03/07/2014 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 05/02/2014 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 05/30/2014 |
| Together at Last | PA0001846096 | 05/18/2013 | 06/16/2013 | 06/13/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 05/02/2014 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 06/13/2014 |
| Unveiling Part #1 | PA0001863105 | 09/19/2013 | 09/23/2013 | 05/16/2014 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 06/23/2014 |
| Wake Me Up | PA0001887105 | 04/01/2014 | 04/07/2014 | 04/04/2014 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 06/13/2014 |
| White Hot | PA0001800472 | 08/02/2012 | 08/05/2012 | 05/30/2014 |

Total Malibu Media, LLC Copyrights Infringed:  84

EXHIBIT B

EVA34